## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

DAVID CHRISTENSON &
ANNIKEN PROSSER,

                    *Plaintiffs,*

    v.                                    Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,

                    *Defendant.*

---

### PLAINTIFFS' DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Plaintiffs, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

(1)   The full names of every party or amicus the attorney represents in this action:

David Christenson and Anniken Prosser.

(2)   The Plaintiffs are individuals. They are not corporations.

(3)   The names of all law firms whose attorneys will appear or are expected to appear, for the Plaintiffs in this Court:

Parrish Law Offices – Pittsburgh, PA
Davis & Pledl, SC – Milwaukee, WI.

Dated:  February 7, 2020

                                      DAVIS & PLEDL, SC
                                      *Attorneys for Plaintiffs*

                                      /s/ Robert Theine Pledl

                                      _____
                                      By: Robert Theine Pledl
                                      By: Victoria Davis Davila
                                      1433 N. Water Street – Suite 400
                                      Milwaukee, WI 53202
                                      Telephone: (414) 488-1354
                                      rtp@davisandpledl.com
                                      vldd@davisandpledl.com