UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID CHRISTENSON &
ANNIKEN PROSSER,

                *Plaintiffs,*

   v.                                      Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,

                *Defendant.*

## DECLARATION OF SERVICE

**Pursuant to 28 U.S.C. §1746, I state the following to be a true and correct statement of facts:**

(1) I am one of the attorneys for the Plaintiffs.

(2) On 02/10/2020, I properly enclosed in an envelope, a true and correct file-stamped copy of the summons and complaint in the above-captioned action and mailed it postage-paid via certified mail to:

      U.S. Attorney Matthew Krueger
      Federal Courthouse
      517 E. Wisconsin Avenue
      Milwaukee, WI 53202-4500

(3) The website of the United State Postal Service, www.usps.com (visited 02/12/2020), verified that the summons and complaint were delivered to the above addressee on 02/12/2020.

(4) On 02/10/2020, I properly enclosed in an envelope, a true and correct file-stamped copy of the summons and complaint in the above-captioned action and mailed it postage-paid via certified mail to:

      Secretary Alex Azar
      U.S. Dept. of Health & Human Services
      200 Independence Avenue, S.W.
      Washington, D.C. 20201

(5) The website of the United State Postal Service, www.usps.com (visited 02/14/2020), verified that the summons and complaint were delivered to the above addressee on 02/14/2020.

(6) On 02/10/2020, I properly enclosed in an envelope, a true and correct file-stamped copy of the summons and complaint in the above-captioned action and mailed it postage-paid via certified mail to:

>Atty. Gen. William Barr
>U.S. Department of Justice
>950 Pennsylvania Ave., N.W.
>Washington, D.C. 20530-0001

(7) The website of the United State Postal Service, www.usps.com (visited 02/19/2020), verified that the summons and complaint was delivered to the above addressee on 02/18/2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/21/2020

/s/ Robert Theine Pledl

_____

Robert Theine Pledl
DAVIS & PLEDL, SC
1433 N. Water Street – Suite 400
Milwaukee, WI 53202
Telephone: (414) 488-1354
rtp@davisandpledl.com