UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAVID CHRISTENSON, et al.

        Plaintiffs,

  v.

                                      Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,

        Defendants.

---

**ORDER**

---

      This matter comes before the Court upon the defendant's expedited, non-dispositive motion for a 30-day extension of the time, from the current deadline of April 21, 2020 to May 21, 2020, to respond to plaintiffs' complaint. For the reasons set forth in the defendant's motion, the motion is granted. Defendant shall answer or otherwise respond to the complaint on or before May 21, 2020.

      IT IS SO ORDERED.

      Dated at Milwaukee, Wisconsin this _____ day of April, 2020.

                                      BY THE COURT:

                                      _____
                                      HONORABLE WILLIAM C. GRIESBACH
                                      United States District Judge

2