# EXHIBIT A

# PARRISH LAW OFFICES

788 WASHINGTON ROAD
PITTSBURGH, PENNSYLVANIA 15228-2021
www.dparrishlaw.com

February 5, 2019

412.561.6250
FAX 412.561.6253
E-mail: info@dparrishlaw.com

**_VIA PRIORITY MAIL_**

DHHS – OMHA
Centralized Docketing
**Attn: Beneficiary Mail Stop**
200 Public Square, Suite 1260
Cleveland, OH 44114-2316

# BENEFICIARY APPEAL

RE:   Request for ALJ Hearing
**Beneficiary:   David Christenson**
**5754 Clevedon Lane**
**Oshkosh, WI  54904**
**Dates of Service: 1/3/18 to 4/3/18**
**HICN: 7QR9QM0QP33**
**Medicare Appeal No: 1-8070381858**
**Date of QIC Decision: Dec. 27, 2018**
**Device: Tumor Treatment Field Therapy (E0766)**
**Supplier: Novocure, Inc.**
**Our Ref: 19-136**

Dear Claims Coordinator:

      As an authorized representative of the above-captioned Medicare beneficiary, David Christenson, I hereby appeal to an Administrative Law Judge the above-captioned decision rendered by the Qualified Independent Contractor ("QIC") C2C Innovative Solutions, Inc. for the claims submitted for tumor treatment field therapy ("TTFT") for a glioblastoma. The QIC denied coverage stating that "there is insufficient documentation to quantify the effects of the device for this beneficiary," the currently published studies in the medical literature do no clearly document the effectiveness of this device," and generally referenced LCD L34823.

      Mr. Christenson was diagnosed with a glioblastoma in July 2015. He had surgery and was treated with chemotherapy and radiation. Thereafter, his clinician prescribed TTFT and chemotherapy. TTFT disrupts and corrupts the division of cancer cells and leads to the death of such cells. In 2011 and 2015, the FDA approved, through its more rigorous review process, a device to deliver TTFT, finding it to be safe and effective for the treatment of glioblastomas. During the most recent clinical trial, the TTFT results were so compelling that the Data Safety Monitoring Board recommended terminating the study early so that those who were not getting the treatment could cross-over and receive the treatment. The FDA agreed.

Patients diagnosed with glioblastoma on initial presentation have a median survival period of approximately 10 months, even with aggressive chemotherapy.[1] Patients with recurrent have approximately six months. Mr. Christenson submits his extended survival more than adequately demonstrates the effectiveness of the treatment for him.

The published, peer-reviewed literature shows the improved clinical outcome of patients who receive TTFT for their glioblastoma. TTFT for glioblastoma is included in the National Comprehensive Cancer Network guidelines. Hundreds of treating physicians, in all 50 states, have prescribed TTFT. TTFT is covered by all the large national payers. Medicare has paid for numerous claims for medically indistinguishable beneficiaries.

Mr. Christenson looks forward to favorable a resolution of Medicare's coverage of his treatment which has substantially extended his life.

Yours very truly,

*Debra M. Parrish/TMT*

Debra Parrish on behalf of
Mr. David Christenson

Enclosures:
    Attachment A: Appointment of Representative Form
    Attachment B: Certificate of Service
    Attachment C: CD containing - clinical studies, NCCN guidelines 2013 & 2016 - 2018, presentation at ASTRO, payer policies, FDA approvals, statement of adoption, article on clinical trial being stopped, list of patents, prior favorable ALJ decisions *(CD v.14)*

cc:     Mr. David Christenson

       Novocure, Inc.

---

[1] Rulseh et al. "Long-term survival of patients suffering from glioblastoma multiforme treated with tumor-treating fields." World Journal of Surgical Oncology at 1 (2012).

# PARRISH LAW OFFICES

788 WASHINGTON ROAD  
PITTSBURGH, PENNSYLVANIA 15228-2021  
www.dparrishlaw.com

412.561.6250  
FAX 412.561.6253  
E-mail: info@dparrishlaw.com

March 5, 2019

**_VIA PRIORITY MAIL_**

Judge Thomas Tyler  
Office of Medicare Hearings and Appeals  
Cleveland Field Office  
200 Public Square, Suite 1300  
Cleveland, OH 44114-2316

                           **RE:**     **Prehearing Brief**  
                                     **ALJ Appeal No. 1-8285652321**  
                                     **Appellant/Beneficiary: D. Christenson**  
                                     **Service: E0766**  
                                     **Dates of Services: 1/3/18, 2/3/18, 3/3/18, 4/3/18**  
                                     **Hearing Date: March 28, 2019**  
                                     **Our Ref. No.: 19-136**

Dear Judge Tyler:

      Please find attached a prehearing brief to assist in your analysis of the above-captioned case. If you have any questions regarding the foregoing, please do not hesitate to contact me at (412) 561-6250. We appreciate your consideration.

                                          Respectfully submitted,

                                          Debra M. Parrish  
                                          Attorney for D. Christenson

Enclosures:  
      Prehearing Brief

cc:     Mr. Christenson