UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DAVID CHRISTENSON and
ANNIKEN PROSSER,

        Plaintiffs,

   v.

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,

        Defendant.

Case No. 20-cv-194

_____

**DEFENDANT'S CROSS-MOTION
FOR SUMMARY JUDGMENT**
_____

      Defendant Alex Azar, Secretary of the United States Department of Health and Human Services, by its undersigned counsel, respectfully moves for the entry of summary judgment in his favor, pursuant to Fed. R. Civ. P. 56. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted this 4th day of May, 2020.

                                    Respectfully submitted,

                                    MATTHEW D. KRUEGER
                                    United States Attorney

                       By:  /s/ Chris R. Larsen

                                    CHRIS R. LARSEN
                                    Assistant United States Attorney
                                    Wisconsin State Bar Number: 1005336
                                    Attorneys for Defendant
                                    Office of the United States Attorney
                                    Eastern District of Wisconsin
                                    517 East Wisconsin Avenue, Room 530
                                    Milwaukee, Wisconsin 53202
                                    Telephone: (414) 297-1700
                                    Fax: (414) 297-4394
                                    Email: chris.larsen@usdoj.gov