UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID CHRISTENSON &
ANNIKEN PROSSER,
               *Plaintiffs,*

  v.                                            Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,
               *Defendant.*

## PLAINTIFFS' CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR EXTENSION OF TIME

Plaintiffs, by their undersigned counsel, move the Court pursuant to Civil Local Rule 7(h) for a one-day extension of time to respond to the Defendant's Memorandum in Support of Defendant's Cross-Motion for Summary Judgment and In Opposition to Plaintiffs' Motion for Summary Judgment on the following grounds:

Currently, Plaintiffs' response to Defendant's opposition and cross-motion for summary judgment is due on May 18, 2020. Given the breadth of Defendant's opposition and the fact that, as a result of the current conditions, counsel are working from home and are in disparate locations, Plaintiffs require an additional day to file a complete, accurate reply/response.

Accordingly, Plaintiffs request a one-day extension and will respond to Defendant's submission no later than May 19, 2020. This motion is being drafted at approximately 11:00 PM Central Daylight Time and counsel has not attempted to contact opposing counsel to determine Defendant's position on the request for a one-day extension.

Dated: May 18, 2020

                                                     PARRISH LAW OFFICES
                                                     *Attorneys for Plaintiffs*
                                                     By: James C. Pistorino

*(Admission to E.D. Wisconsin forthcoming)*
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
james@dparrishlaw.com

DAVIS & PLEDL, SC
*Attorneys for Plaintiffs*

/s/ Robert Theine Pledl
_____

By: Robert Theine Pledl
By: Victoria Davis Davila
1433 N. Water Street – Suite 400
Milwaukee, WI 53202
Telephone: (414) 488-1354
rtp@davisandpledl.com
vldd@davisandpledl.com