

Victoria Davis Davila (414) 488-1351
Robert Theine Pledl (414) 488-1354
1433 N. Water Street - Suite 400
Milwaukee, Wisconsin 53202
www.davisandpledl.com

May 19, 2020

Hon. William Griesbach
United State District Court for
Eastern District of Wisconsin
*Filed via ECF System*

Re: Christenson v. Azar, Case No. 20-cv-00194-WCG

Dear Judge Griesbach:

Plaintiffs filed a Rule 7(h) Motion for Extension of Time. It was filed late last night.

We can now inform the Court that I contacted Assistant United States Attorney Chris Larson and he agrees to the one-day extension. That is subject to the Court's approval of course. We will be filing later today.

Very truly yours,

/s/Robert Theine Pledl

Robert Theine Pledl
rtp@davisandpledl.com

c: Asst. U.S. Atty, Chris Larson
    *Served via ECF System*

   Atty. James Pistorino