# EXHIBIT Q

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX. M. AZAR, in his official capacity as Secretary of Health and Human Services, <br><br> Defendant. | Civil Action No. 14-cv-00851 (JEB) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's 2018 Order (ECF No. 89), the Secretary of Health and Human Services ("HHS") provides this status report to inform the Court that HHS remains on track to meet the reduction targets set forth in the Court's Order. Attached to this status report are statistics concerning, *inter alia*, the backlog of appeals at the Office of Medicare Hearings and Appeals ("OMHA") as of the end of the first quarter of FY 2020. *See* Medicare Appeals Dashboard, Exhibit 1. By the end of the first quarter of 2020, a total of 268,115 appeals remain pending at OMHA, which is a 37% reduction from the starting number of appeals identified in the Court's 2018 Order (426,594 appeals).

| Dated: March 25, 2020 | Respectfully submitted, |
|---|---|
|  | JOSEPH H. HUNT <br> Assistant Attorney General |
|  | JEAN LIN <br> Special Litigation Counsel <br> Federal Programs Branch |
| Of Counsel: | /s/ Nicholas Cartier <br> NICHOLAS CARTIER <br> DC Bar # 495850 |

| | |
|---|---|
| ROBERT P. CHARROW<br>General Counsel<br>JANICE L. HOFFMAN<br>Associate General Counsel<br>SUSAN MAXSON LYONS<br>Deputy Associate General<br>Counsel for Litigation<br>KIRSTEN FRIEDEL RODDY<br>*Attorneys*<br>United States Department of Health and Human Services | Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 616-8351<br>Facsimile: (202) 616-8460<br>Nicholas.Cartier@usdoj.gov<br>*Counsel for Defendant* |

2

# Medicare Appeals Dashboard

Reporting Period: Through Quarter 1 of FY 2020 (December 31, 2019)
*(Data in Appeals)*

| Level 3 - OMHA | Fiscal Year | | | | | | Most Recent 6 Quarters | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY 2020 | FY 2019 | FY 2018 | FY 2017 | FY 2016 | FY 2015 | FY 2020 Qtr.1 | FY 2019 Qtr.4 | FY 2019 Qtr.3 | FY 2019 Qtr.2 | FY 2019 Qtr.1 | FY 2018 Qtr.4 |
| Beginning Workload Balance | 292,517 | 417,198 | 578,683 | 675,530 | 886,418 | 767,422 | 292,517 | 318,254 | 343,658 | 379,831 | 417,198 | 483,401 |
| Receipts | 7,560 | 43,887 | 62,762 | 112,933 | 184,240 | 240,360 | 7,560 | 11,744 | 7,989 | 10,195 | 13,959 | 17,132 |
| RAC | 242 | 485 | 774 | 13,782 | 35,527 | 47,929 | 242 | 181 | 97 | 76 | 131 | 113 |
| non-RAC | 7,318 | 43,402 | 61,988 | 99,151 | 148,713 | 192,431 | 7,318 | 11,563 | 7,892 | 10,119 | 13,828 | 17,019 |
| Appeals Removed | (31,962) | (168,568) | (224,247) | (209,780) | (395,128) | (121,364) | (31,962) | (37,481) | (33,393) | (46,368) | (51,326) | (83,335) |
| OMHA Dispositions | (28,280) | (119,848) | (92,113) | (82,240) | (87,123) | (78,881) | (28,280) | (26,301) | (29,570) | (31,490) | (32,487) | (24,146) |
| RAC | (3,880) | (15,708) | (24,690) | (26,054) | (33,511) | (15,586) | (3,880) | (3,707) | (4,434) | (4,021) | (3,546) | (5,293) |
| non-RAC | (24,400) | (104,140) | (67,423) | (56,186) | (53,612) | (63,295) | (24,400) | (22,594) | (25,136) | (27,469) | (28,941) | (18,853) |
| SCF (non-add) [7] | (16) | (14,021) | (57,097) | (3,208) | | | (16) | (129) | (4,243) | (2,860) | (6,789) | (4,585) |
| Appeals combined for efficiency | (3,020) | (25,339) | (29,248) | (10,426) | (39,375) | | (3,020) | (3,796) | 215 | (8,065) | (13,693) | (29,248) |
| QIC demo - remands for resolution | (656) | (14,243) | (20,175) | (22,505) | (2,387) | | (656) | (4,168) | (3,176) | (5,888) | (1,011) | (3,996) |
| Serial Claims Initaitve | 0 | (3,076) | (2,574) | | | | 0 | (961) | (579) | (746) | (790) | (432) |
| Low Volume Appeals | (1) | (5,784) | (20,817) | | | | (1) | (2,231) | (282) | (174) | (3,097) | (20,817) |
| Hospital Settlements | (5) | (278) | (2,223) | (91,401) | (246,243) | (42,483) | (5) | (24) | (1) | (5) | (248) | (111) |
| Inpatient Rehab Facility Setlment (non-add) | (460) | (6) | | | | | (460) | (6) | | | | |
| Net Pending Receipt Increase / (Decrease) | (24,402) | (124,681) | (161,485) | (96,847) | (210,888) | 118,996 | (24,402) | (25,737) | (25,404) | (36,173) | (37,367) | (66,203) |
| Ending Workload (pending appeals) | 268,115 | 292,517 | 417,198 | 578,683 | 675,530 | 886,418 | 268,115 | 292,517 | 318,254 | 343,658 | 379,831 | 417,198 |

1/ FY20 Qtr.1 includes the majority of appeals received through December 31, 2019.
2/ Receipts and dispositions have been updated due to appeal adjustments such as combinations, deletions, and/or corrections.
3/ Receipts exclude reopened appeals but include appeals involved in CMS Hospital Settlements.
4/ The number of appeals adjudicated each fiscal year reflects receipts from multiple fiscal years.
5/ Dispositions exclude remands.
6/ OMHA Dispositions reflect appeals removed by all types of adjudicators.
7/ Starting in FY19, appeals removed through Settlement Conference Facilitation (SCF) are included in OMHA Dispositions at a 1:1 ratio. Appeals combined for efficiency have been restated for FY19 due to SCF data adjustments.
8/ FY15 through FY18 reflect changes in methodology to include combined appeals. Discrepancies between Level 2 and Level 3 RAC receipts are largely attributable to these changes in methodology.
9/ Appeals combined for efficiency result in one disposition for a group of combined appeals. This line accounts for the remainder of received appeals that were combined into single appeals within disposition counts.
10/ Initiative dispositions not reflected separately within the table are counted in "OMHA Dispositions" (as 1 disposition if multiple appeals were combined), and "Received appeals combined for efficiency" (remainder of groups of appeals combined for efficient disposition).
11/ OMHA combines appeals to improve the efficiency of our ALJs. This includes a large number of Lincare dismissals. In FY18 OMHA dismissed 8,382 Lincare appeals. That number rose to 27,607 Lincare appeals in FY19.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX. M. AZAR, in his official capacity as Secretary of Health and Human Services, <br><br> Defendant. | Civil Action No. 14-cv-00851 (JEB) |

### DEFENDANT'S STATUS REPORT

Pursuant to the Court's November 1, 2018 Order (ECF No. 89), the Secretary of Health and Human Services ("HHS") provides this status report to inform the Court that HHS remains on track to meet the reduction targets in the Court's November 1 Order. Attached to this status report are statistics concerning, *inter alia*, the backlog of appeals at the Office of Medicare Hearings and Appeals ("OMHA"), updated to reflect data received during the fourth quarter of FY 2018. *See* Medicare Appeals Dashboard, Exhibit 1. As this attachment reflects, there were 417,198 appeals pending at the end of the fourth quarter, and there were only 774 RAC-related appeals that reached OMHA during FY 2018.

Dated: December 21, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Acting Deputy Director
Federal Programs Branch

Of Counsel:
HEATHER FLICK
Acting General Counsel
JANICE L. HOFFMAN
Associate General Counsel
SUSAN MAXSON LYONS
Deputy Associate General
Counsel for Litigation
KIRSTEN FRIEDEL RODDY
*Attorneys*
United States Department of Health and Human Services

/s/ Nicholas Cartier
NICHOLAS CARTIER
DC Bar # 495850
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8351
Facsimile: (202) 616-8460
Nicholas.Cartier@usdoj.gov
*Counsel for Defendant*

## Medicare Appeals Dashboard

Reporting Period: Through Quarter 4 FY 2018
*(Data in Appeals)*

Copy of Medicare Appeals Dashboard FY 2018 Q4 Filing

| Level 3 - OMHA | Fiscal Year | | | | | | | Most Recent 6 Quarters | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY 2018 | FY 2017 | FY 2016 | FY 2015 | FY 2014 | FY 2013 | FY 2012 | FY 2018 | | | | FY 2017 | |
| | | | | | | | | Qtr 4 | Qtr 3 | Qtr 2 | Qtr 1 | Qtr 4 | Qtr 3 |
| Beginning Workload Balance | 578,683 | 675,530 | 886,418 | 767,422 | 380,696 | 75,922 | 20,382 | 483,401 | 494,490 | 518,475 | 578,683 | 604,370 | 657,728 |
| Receipts | 62,762 | 112,933 | 184,240 | 240,360 | 474,063 | 384,151 | 117,068 | 17,132 | 17,752 | 10,985 | 16,893 | 26,213 | 27,186 |
| *RAC* | *774* | *13,782* | *35,527* | *47,929* | *239,383* | *193,159* | *30,331* | *113* | *150* | *127* | *384* | *1,360* | *2,097* |
| *non-RAC* | *61,988* | *99,151* | *148,713* | *192,431* | *234,680* | *190,992* | *86,737* | *17,019* | *17,602* | *10,858* | *16,509* | *24,853* | *25,089* |
| Appeals Removed | (224,247) | (209,780) | (395,128) | (121,364) | (87,337) | (79,377) | (61,528) | (83,335) | (28,841) | (34,970) | (77,101) | (51,900) | (80,544) |
| *OMHA Dispositions* | *(92,113)* | *(82,240)* | *(83,765)* | *(78,390)* | *(87,337)* | *(79,377)* | *(61,528)* | *(24,146)* | *(24,278)* | *(23,345)* | *(20,344)* | *(20,793)* | *(20,579)* |
| *RAC* | *(24,690)* | *(26,054)* | *(31,042)* | *(15,225)* | *(28,104)* | *(17,739)* | *(12,357)* | *(5,293)* | *(5,895)* | *(6,880)* | *(6,622)* | *(6,453)* | *(4,622)* |
| *non-RAC* | *(67,423)* | *(56,186)* | *(52,723)* | *(63,165)* | *(59,233)* | *(61,638)* | *(49,171)* | *(18,853)* | *(18,383)* | *(16,465)* | *(13,722)* | *(14,340)* | *(15,957)* |
| *Appeals combined for efficiency* | *(37,743)* | *(10,428)* | *(56,821)* | *(3,220)* | | | | *(37,743)* | | | | *(10,428)* | |
| *Settlement conference facilitation - incl. States* | *(37,097)* | *(3,208)* | *(3,912)* | *(2,192)* | | | | *(4,585)* | *(1,083)* | *(5,200)* | *(46,229)* | *(884)* | *(2,324)* |
| *QIC demo - remands for resolution* | *(20,175)* | *(22,505)* | *(2,387)* | | | | | *(3,996)* | *(2,623)* | *(3,082)* | *(10,474)* | *(5,622)* | *(3,497)* |
| *Serial Claims Initiative* | *(2,574)* | | | | | | | *(432)* | *(1,510)* | *(1,578)* | *(54)* | | |
| *Low Volume Appeals* | *(12,322)* | | | | | | | *(12,322)* | | | | | |
| *CMS Hospital Settlements* | *(2,223)* | *(91,401)* | *(246,243)* | *(37,562)* | | | | *(111)* | *(347)* | *(1,765)* | *0* | *(14,175)* | *(54,144)* |
| Net Pending Receipt Increase / (Decrease) | (161,485) | (96,847) | (210,888) | 118,996 | 386,726 | 304,774 | 55,540 | (66,203) | (11,089) | (23,985) | (60,208) | (25,687) | (53,358) |
| Ending Workload (pending appeals) | 417,198 | 578,683 | 675,530 | 886,418 | 767,422 | 380,696 | 75,922 | 417,198 | 483,401 | 494,490 | 518,475 | 578,683 | 604,370 |

1/ Receipts exclude reopened appeals but include appeals involved in CMS Hospital Settlements.
2/ The number of appeals adjudicated each fiscal year reflects receipts from multiple fiscal years.
3/ Dispositions exclude remands.
4/ OMHA Dispositions reflect appeals removed by all types of adjudicators, and by all initiatives except those listed in the table above.
5/ Some FY14 dispositions are attributable to Scooter Store dismissals.
6/ FY14 through FY18 reflect changes in methodology to include combined appeals.
7/ FY18 Qtr 4 includes the majority of appeals received through September 30, 2018.
8/ Receipts and dispositions have been updated due to appeal adjustments such as combinations, deletions, and/or corrections.
9/ Appeals combined for efficiency result in one disposition for a group of combined appeals. This line accounts for the remainder of received appeals that were combined into single appeals within disposition counts.
10/ Initiative dispositions not reflected separately within the table are counted in "OMHA Dispositions" (as 1 disposition if multiple appeals were combined), and "Received appeals combined for efficiency" (remainder of groups of appeals combined for efficient disposition).