# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID CHRISTENSON &
ANNIKEN PROSSER,
         *Plaintiffs,*

v.

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,
         *Defendant.*

Case No. 20-cv-194

## PLAINTIFFS' NOTICE OF SUGGESTION OF DEATH

Consistent with their duty of candor, counsel for Plaintiffs inform the Court that, earlier today, counsel received information that Plaintiff David Christenson passed away on May 8, 2020. Given the posture of this case, at this time, it is not believed that there remains a case or controversy with respect to Mr. Christenson and no substitution is anticipated. Mr. Christenson's passing highlights the time sensitive nature of this case.

Dated: May 20, 2020

         Respectfully submitted,

         PARRISH LAW OFFICES
         *Attorneys for Plaintiffs*
         By: James C. Pistorino
         *(Admission to E.D. Wisconsin forthcoming)*
         788 Washington Road
         Pittsburgh, PA 15228
         Telephone: (412) 561-6250
         james@dparrishlaw.com

DAVIS & PLEDL, SC
*Attorneys for Plaintiffs*

/s/ Robert Theine Pledl
_____

By: Robert Theine Pledl
By: Victoria Davis Davila
1433 N. Water Street – Suite 400
Milwaukee, WI 53202
Telephone: (414) 488-1354
rtp@davisandpledl.com
vldd@davisandpledl.com