

VICTORIA DAVIS DAVILA (414) 488-1351
ROBERT THEINE PLEDL (414) 488-1354
1433 N. WATER STREET – SUITE 400
MILWAUKEE, WISCONSIN 53202
WWW.DAVISANDPLEDL.COM

July 9, 2020

Hon. William C. Griesbach
United States District Court
125 S. Jefferson Street – Suite 102
Green Bay, WI 54305-2490
*Filed via Eastern District of Wisconsin ECF System*

Re: *Christenson et al. v. Azar*, Case No. 20-cv-00194-WCG

Dear Judge Griesbach:

The Court has scheduled a Telephone Conference on 07/13/2020 at 10:30 AM to address the briefing schedule for remaining issues. The purpose of this letter is to request that the Court provide an additional week to consult regarding future proceedings.

Assistant U.S. Attorney Larsen has no objection to this request. He, Attorney Pistorino and I are all available as follows:

>July 20, 2020 – available in AM only
>July 21, 2020 – available all day
>July 22, 2020 – available all day except for 1:00 to 2:00 PM

We believe that the additional time will make the Telephone Conference much more productive.

Thank you for your attention to this matter.

Very truly yours,

/s/ Robert Theine Pledl

Robert (Rock) Theine Pledl
rtp@davisandpledl.com


c: Asst. U.S. Attorney Chris R. Larson
 *Via E-mail to* Chris.Larsen@usdoj.gov

 Atty. James Pistorino
 *Via E-mail to* james@dparrishlaw.com