UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID CHRISTENSON &
ANNIKEN PROSSER,
        *Plaintiffs,*

v.                              Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,
        *Defendant.*

## MOTION FOR RECONSIDERATION AND ALTERNATIVE §1292(b) MOTION

Plaintiff Anniken Prosser, by her undersigned counsel, moves the Court pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure to reconsider the Decision and Order (Dkt. #21) issued by this Court on July 6, 2020 on the ground that it is based on an error of law;

In the alternative, Plaintiff and her counsel move the Court pursuant to 28 U.S.C. §1292(b) for an order certifying the July 6, 2020 Decision and Order for appeal on the grounds that it involves a controlling question of law as to which there is substantial ground for difference of opinion; and that an immediate appeal may materially advance the ultimate termination of this litigation and similar cases pending in other district courts.

**A Brief in support is being filed with this motion.**

Dated: July 20, 2020

                                          Respectfully submitted,

                                          PARRISH LAW OFFICES
                                          *Attorneys for Plaintiffs*
                                          By: James C. Pistorino
                                          *(Admission to E.D. Wisconsin forthcoming)*
                                          788 Washington Road
                                          Pittsburgh, PA 15228
                                          Telephone: (412) 561-6250
                                          james@dparrishlaw.com

DAVIS & PLEDL, SC
*Attorneys for Plaintiffs*

/s/ Robert Theine Pledl
_____

By: Robert Theine Pledl
By: Victoria Davis Davila
1433 N. Water Street – Suite 400
Milwaukee, WI 53202
Telephone: (414) 488-1354
rtp@davisandpledl.com
vldd@davisandpledl.com