# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**DAVID CHRISTENSON, et al.,**

                Plaintiff(s),

    v.              **TELEPHONE SCHEDULING CONFERENCE re:**
                              **Set Briefing Schedule**
                              Case No. 20-C-194

**ALEX AZAR,**

                Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding        Time Called: 11:00 a.m.
Proceeding Held: July 21, 2020                             Time Concluded: 11:06 a.m.
Deputy Clerk: Cheryl                                               Tape: 072120

**Appearances:**

    **Plaintiff(s):**    Robert Pledl

    **Defendant(s):**    Christian R. Larsen

---

The Court inquires if the claims for David Christenson should be dismissed and amend the caption to Anniken Prosser only. Mr. Pledl confirms Mr. Christenson's claims can be dismissed.

Plaintiff is seeking reconsideration or certification. The Court will put the matter on for further proceedings after the decision issued on Plaintiff's motion. Mr. Larsen states that he does not believe it's an appropriate case for certification. The Court comments on the motion. Mr. Larsen requests a 30-day briefing deadline regarding Plaintiff's motion. Plaintiff does not oppose.
The Court grants Mr. Larsen's request.