# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| Anniken Prosser | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-194 |
| Alex Azar | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Anniken Prosser

Date: 10/6/20

*Attorney's signature*

James Pistorino, CA Bar No. 226496
*Printed name and bar number*

224 Lexington Dr., Menlo Park, CA 94025

*Address*

james@dparrishlaw.com
*E-mail address*

(650) 400-0043
*Telephone number*

(412) 561-6253
*FAX number*