UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____

ANNIKEN PROSSER,

      Plaintiff,

  v.                                      Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,

      Defendant.

_____

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
BASED ON PLAINTIFF'S LACK OF STANDING
_____

Defendant Alex Azar, Secretary of the United States Department of Health and Human Services, by his undersigned attorneys, respectfully moves for summary judgment in his favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, the defendant submits the attached memorandum of law.

Dated at Milwaukee, Wisconsin this 8th day of October, 2020.

                                                Respectfully submitted,

                                                MATTHEW D. KRUEGER
                                                United States Attorney

                          By:    /s/ Chris R. Larsen

                                                CHRIS R. LARSEN
                                               Assistant United States Attorney
                                               Wisconsin State Bar Number: 1005336
                                               Attorneys for Defendant
                                               Office of the United States Attorney
                                               Eastern District of Wisconsin
                                               517 East Wisconsin Avenue,
                                               Room 530

1

Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-4394
Email: chris.larsen@usdoj.gov

Of Counsel:
ROBERT P. CHARROW
General Counsel

ALAN S. DORN
Chief Counsel, Region V

AMELIA WALLRICH
Assistant Regional Counsel
Office of General Counsel
United States Department of
Health and Human Services,
Region V
233 North Michigan Avenue
Suite 700
Chicago, Illinois 60601