# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ANNIKEN PROSSER,**

                Plaintiff(s),

         v.                      **TELEPHONE SCHEDULING CONFERENCE**
                                                         Case No. 20-C-194

**ALEX AZAR ,**

                Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding         Time Called: 10:34 a.m.
Proceeding Held: October 7, 2020                        Time Concluded: 10:45 a.m.
Deputy Clerk: Mara                                                    Tape: 100720

**Appearances:**

    **Plaintiff(s):**    Robert Pledl
                              James Pistorino

    **Defendant(s):**    AUSA Christian Larsen

---

The Court inquires as to the status of the case.
Mr. Pistorino discusses possibly filing a stipulation of dismissal of all other claims.
Mr. Larsen intends on raising a new argument based on lack of standing.
The Court suggests that Mr. Larsen raise the lack of standing issue with the 7th Circuit USCA.
Mr. Pistorino again addresses the stipulation. Mr. Larsen responds.
The Court and parties discuss payment of treatments and Mr. Pistorino addresses similar cases in other courts.
Mr. Pistorino notes if defense counsel files a motion to dismiss based on lack of standing at the end of this week, Plaintiff's opposition brief will be filed early next week.
The Court will issue a decision on the motion once it is fully briefed.