UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANNIKEN PROSSER,
          *Plaintiff,*

v.                                              Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,
          *Defendant.*

## PLAINTIFF'S MOTION TO DISMISS CLAIMS WITH PREJUDICE
## TO FACILITATE APPELLATE REVIEW

As discussed during the conference held on October 7, 2020, Mrs. Prosser appreciates this Court's consideration of her motions and the issue of collateral estoppel. Nevertheless, Mrs. Prosser believes that the course of action that best protects her interests is to seek appeal of this Court's decisions denying her motion for summary judgment based on collateral estoppel, granting the Secretary's motion regarding the same as to all of Mrs. Prosser's claims and her request for declaratory judgment (*see* Dkt. #21), and denying Mrs. Prosser's motion for reconsideration and/or certification under 28 U.S.C. § 1292 (*see* Dkt. #29).

Accordingly, Mrs. Prosser respectfully moves, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss with prejudice all of the remaining theories of liability supporting her causes of action and for entry of final judgment on her causes of action based on the Court's ruling as to collateral estoppel, so that Mrs. Prosser may appeal this matter to the Seventh Circuit Court of Appeals without delay.

1

Dated: October 13, 2020

        Respectfully submitted,
        PARRISH LAW OFFICES
        *Attorneys for Plaintiff*
        By: James C. Pistorino
        788 Washington Road
        Pittsburgh, PA 15228
        Telephone: (412) 561-6250
        james@dparrishlaw.com

        DAVIS & PLEDL, SC
        *Attorneys for Plaintiff*

        /s/ Robert Theine Pledl
        _____

        By: Robert Theine Pledl
        By: Victoria Davis Davila
        1433 N. Water Street – Suite 400
        Milwaukee, WI 53202
        Telephone: (414) 488-1354
        rtp@davisandpledl.com
        vldd@davisandpledl.com