# United States District Court
EASTERN DISTRICT OF WISCONSIN

ANNIKEN PROSSER,

           Plaintiff,

    v.

ALEX AZAR,
in his capacity as Secretary of
the United States Department
of Health and Human Services,

           Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-194

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.**  This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Anniken Prosser takes nothing and this action is dismissed for lack of standing.

Approved:  s/ William C. Griesbach
               WILLIAM C. GRIESBACH
               United States District Judge

Dated:   October 21, 2020

GINA M. COLLETTI
Clerk of Court

s/ Terri Lynn Ficek
(By) Deputy Clerk