# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANNIKEN PROSSER

*Plaintiff,*

v.  Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,

*Defendant.*

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that ANNIKEN PROSSER, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Final Judgment issued by the United States District Court for the Eastern District of Wisconsin (the "District Court") on October 21, 2020 [Doc. 42] and, in particular, appeals, without limitation, the following four orders made final by the District Court's Final Judgment:

1. The Decision and Order entered on July 6, 2020 [Doc. 21], which denied Plaintiff's Motion for Summary Judgment and granted Defendant's Cross-Motion for Summary Judgment;

2. The Decision and Order entered on September 24, 2020 [Doc. 29], which denied Plaintiff's Motion for Reconsideration of the District Court's July 6, 2020 Decision and Order and Alternative Motion for §1929(b) Certification.

3. The Decision and Order entered on October 21, 2020 [Doc. 40], which granted Defendant's Motion for Summary Judgment for Lack of Standing; and

4. The Order entered on October 21, 2020 [Doc. 41], which denied as moot Plaintiff's Motion to Dismiss with Prejudice to Facilitate Appellate Review.

1

4822-0482-4015.3

Case 1:20-cv-00194-WCG   Filed 10/22/20   Page 1 of 3   Document 43

Respectfully submitted,

Dated: October 22, 2020

PARRISH LAW OFFICES
*Attorney for Plaintiff*
By: James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
james@dparrishlaw.com

DAVIS & PLEDL, SC
*Attorneys for Plaintiff*
By: Robert Theine Pledl
By: Victoria Davis Davila
1433 N. Water Street – Suite 400
Milwaukee, WI 53202
Telephone: (414) 488-1354
rtp@davisandpledl.com
vldd@davisandpledl.com

FOLEY & LARDNER LLP
*Attorneys for Plaintiff*
/s/ Michael Leffel
By: David B. Goroff
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Telephone: 312-832-4500
By: Michael Leffel
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
Telephone: 608-257-5035
dgoroff@foley.com
mleffel@foley.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 22nd day of October, 2020 on all counsel of record by using the CM/ECF system.

By: */s/ Michael Leffel*
Michael Leffel