# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 22, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-3070
>
> Caption:
> ANNIKEN PROSSER,
> Plaintiff - Appellant
>
> v.
>
> ALEX AZAR,
> Defendant - Appellee
>
> ---
>
> District Court No: 1:20-cv-00194-WCG
> District Judge William C. Griesbach
> Clerk/Agency Rep Gina M. Colletti
>
> Date NOA filed in District Court: 10/22/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)