**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

ANNIKEN PROSSER,
                *Plaintiff,*

  v.                                              Case No. 20-cv-194

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,
                *Defendant.*

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

    The undersigned request removal of Davis & Pledl, SC, Atty. Robert Theine Pledl and Atty. Victoria Davis Davila from the docket of this case.

    Parrish Law Offices by Atty. James Pistorino, and Foley & Lardner LLP by Atty. David B. Goroff and Atty. Michael Leffel will continue to serve as counsel for the Plaintiff.

Dated: November 9, 2020

                                            DAVIS & PLEDL, SC

                                            /s/ Robert Theine Pledl

                                            _____
                                            By: Robert Theine Pledl
                                            By: Victoria Davis Davila
                                            1433 N. Water Street – Suite 400
                                            Milwaukee, WI 53202
                                            Telephone: (414) 488-1354
                                            rtp@davisandpledl.com
                                            vldd@davisandpledl.com