# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 2, 2021

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
125 S. Jefferson Street
Green Bay, WI 54301-4541

| No. 20-3070 | ANNIKEN PROSSER, <br><br>    Plaintiff - Appellant <br><br> v. <br><br> XAVIER BECERRA, Secretary of the United States Department of Health and Human Services, <br><br>    Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-00194-WCG <br> Eastern District of Wisconsin <br> District Judge William C. Griesbach ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

form name: **c7_Mandate** (form ID: **135**)