# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 25, 2021

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

JOEL M. FLAUM, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 20-3070 | ANNIKEN PROSSER,<br>    Plaintiff - Appellant<br><br>v.<br><br>XAVIER BECERRA, Secretary of the United States Department of Health and Human Services,<br>    Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-00194-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**  (form ID: **132**)