United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

August 25, 2021

**Before**

JOEL M. FLAUM, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 20-3070 | |
| ANNIKEN PROSSER, *Plaintiff-Appellant,* v. XAVIER BECERRA, Secretary of the United States Department of Health and Human Services, *Defendant-Appellee.* | Appeal from the United States District Court for the Eastern District of Wisconsin. No. 1:20-cv-00194 William C. Griesbach, *Judge*. |

**O R D E R**

Plaintiff-appellant filed a petition for rehearing and rehearing *en banc* on August 9, 2021. No judge[*] in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing.

The petition for rehearing and rehearing *en banc* is therefore DENIED.

---

[*] Circuit Judge Candace Jackson-Akiwumi did not participate in the consideration of this matter.